[No. 60778-2-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY A. WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-03649-7, Richard McDermott, J., entered November 1, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60836-3-I.   Division One.   November 24, 2008.]

ALLAN PARMELEE, *Appellant*, v. HAROLD CLARKE, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-09101-7, Ronald L. Castleberry, J., entered October 11, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ. Now published at 148 Wn. App. 748.

[No. 60864-9-I.   Division One.   November 24, 2008.]

KAREN C. BOOMER, *Appellant*, v. THE TULALIP TRIBES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-06011-0, James H. Allendoerfer, J., entered November 1, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid and Leach, JJ.

[No. 60939-4-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY E. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01226-0, James H. Allendoerfer, J., entered November 14, 2007. *Affirmed* by unpublished per curiam opinion.